UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**FREDERIC ZOTOS**

**V.**                                    **CIVIL ACTION NO. 13-13065-DJC**

**TOWN OF HINGHAM, ET AL**

**ORDER OF DISMISSAL**

CASPER, D.J.

      In accordance with the ECF Order dated March 25, 2016, the Court Orders that Defendants' Motion to Dismiss is Allowed and the above-entitled action be and hereby is DISMISSED.

March 28, 2016                                                   /s/ Lisa M. Hourihan
                                                                              Deputy Clerk